UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DIRECTV, INC.,

    Plaintiff,

-vs-                                    Case No. 6:04-cv-864-Orl-28DAB

CHRIS SHATTO,

    Defendant.
_____

# ORDER

This case is before the Court on Defendant's Motion for Summary Judgment (Doc. No. 25) filed March 8, 2005. The United States Magistrate Judge has submitted a report recommending that the motion be denied without prejudice.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed June 8, 2005 (Doc. No. 27) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Defendant's Motion for Summary Judgment (Doc. No. 25) is **DENIED without prejudice** to renew, if appropriate, upon the conclusion of discovery.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this \_\_26\_\_ day of June, 2005.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party