**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**DIRECTV, INC.,**

      **Plaintiff,**

**-vs-**              **Case No. 6:04-cv-864-Orl-28DAB**

**CHRIS SHATTO,**

      **Defendant.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**   **AMENDED MOTION TO STRIKE PLAINTIFF'S EXPERT REPORT AND DISCLOSURE (Doc. No. 33)**
>
> **FILED:**   October 3, 2005
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED**.

The court denied the original motion for failure to comply with Local Rule 3.01(g) and because the document Defendant sought to strike was, in fact, not filed and thus, could not be stricken from the record. Defendant responded to the denial by filing the instant motion which *still* is non-compliant with Local Rule 3.01(g), and seeks to strike a document which is only part of the record because *Defendant* made it so by attaching it to the amended motion.

On the merits, it appears that Defendant is seeking to exclude some future testimony from this expert on the basis of irrelevancy. As such, the relief sought is more appropriately reached by a

motion *in limine*; not a motion to strike a report.  In any event, *this* motion is deficient and is therefore denied.

      **DONE** and **ORDERED** in Orlando, Florida on October 6, 2005.

                                          *David A. Baker*
                                          DAVID A. BAKER
                                UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record